UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- MAIN -
MIGUEL DIAZ 18A2702/ MICHAEL MANEVAS 18A1356/
RAEVONE BROWN 18A2458/ PHILLIP KENDRICKS 18A2701/
EVON WILSON 16B0031/ BRADLY DAVID HAVIRA/ AND ALL INMATES ABUSED WITHIN THE PAST 20 YRS, BY DOCCS

(In the space above enter the full names(s) of the plaintiff(s).)

-against-

EVERY SINGLE NEW YORK STATE PRISON,
RUN BY D.O.C) ALL STATE PRISONS.
(D.O.C.C.S)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Address should be included here)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial ☑ Yes ☐ No
(Check one)

(CLASS ACTION)

**18 CV 7468**

RECEIVED
SDNY DOCKET UNIT
2018 AUG 15 PM 3:52

## Parties in this Complaint

1. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name MIGUEL DIAZ
              ID# 18A2702
              Current Institution DOWNSTATE CORRECTIONAL FACILITY
              Address BOX F, RED SCHOOL RD FISHKILL NY 12524

2. List all defendants' names. Positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of papers as necessary.

Defendant No. 1   Name ALL STATE PRISONS NY   Shied # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 2   Name ALL NYS PRISONS   Shied # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 3   Name ALL NYS PRISONS   Shied # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name ALL NYS PRISONS   Shied # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name ALL NYS PRISONS   Shied # _____
                  Where Currently Employed _____
                  Address _____

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claim. Do not cite any case or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your clam(s) occur? ALL NYS PRISONS

B.   Where in the institution did the events giving rise to your claim(s) occur? IN ALL AREAS IN ALL NYS PRISONS

C.   What date and approximate time did the events giving rise to your claim(s) occur? ON GOING & HAS BEEN GOING ON FOR THE LAST PAST 20YRS PLUS

). Facts: ALL N.Y'S PRISON SYSTEMS HAVE NEGLECTED THE INMATES IN IT BY NOT INSTALLING CAMRAS FOR EVERYONES SAFETY THROUGHOUT EACH AND EVERY PRISON. RAPES, ASSAULTS, BY OFFICERS KNOCKING INMATES TEETH OUT + BEATING THEM TO A BLOODY PULP, JUMPING INMATES WHILE CUFFED, NEGLECT, ABUSE, FALSE CHARGES BEING FILED, ALL KINDS OF STABBINGS, AND COUNTLESS OTHER CRIMINAL ACTS HAVE + CONTINUE TO TAKE PLACE, DO TO NO CAMRAS BEING ABLE TO MONITOR THIS (TRUTH) MEN LYE, WEMAN LYE, (CAMRAS DON'T) PRISON STAFF HAVE KNOWN THIS FOR DECADES BUT CHOOSE TO TURN A BLIND EYE, TO THE BLIND SPOT) CREATEING A DANGEROUS + OUTRAGOUSLY OUT OF CONTROLLE ENVIROMENT WITCH FAVORS THE OFFICERS MOSTLY, TO DO AS THEY PLEASE, THEN WRITE A REPORT NOT TRUTHFUL TO PUNISH INMATES HARSHLY. SO YOU GET BRUTERLY BEAT UP, THEN TO COVER THERE BUTT, THEY PUT THAT YOU ASSALTED THEM, THEN ALL OFFICERS DOWN THE LINE FURTHER PUNISH YOU, WITH NO FACTS, JUST THE LOOK OUT FOR MY CO-ED MANTAILITY. FOR THE PAST 20 YEARS (PLUS) N.Y.S HAS ADAPTED, THESE BRUTAL TECNEKS TO CAUSE INHUMAIN TREATMENT TO COUNTLESS INMATES AND HAS TO STOP! ALL INMATES THAT CAN PROVIDE ANY TYPE OF PAPER SHOWING ANY TYPE OF VICTIMIAZATION BY N.Y'S PRISONS WITHIN THE PAST 20 YRS THAT A CAMRA MAY HAVE PREVENTED OR PROVIDED THE TRUTH TO. MAY CLAIM A PORTION OF THE MONEY, LONG AS IT'S IN THE GUIDELINES OF TIME ALLOWED BY N.Y'S LAWS/ AND PLEASE INSTALL CAMRAS EVERY WERE FOR ALL TO BE SAFE, AND STOP NEGLECTING THE (CARE) IN CARE, CUSTODY AND CONTROLLE (DOCS)

II. **Injuries:**

f you sustained injuries related to the events alleged above, describe them and state what medical reatment, if any, you required and received. I WAS PUFFED UP OFF CAMRA, FALSE ASSALT CHARGES PLACED ON ME, WITCH I EXPECT PRISON STAFF TO FIND ME GUILTY OF, WHEN IF CAMRA WERE PRESANT, THE TRUTH WOULD STOP THIS! ME + COUNTLESS INMATES ARE + CONTINUE TO BE VICTIMS OF N.Y'S PRISONS WITH NO CAMRAS! DOCCS HAS + CONTINUES TO TURN A BLIND EYE TOO THIS FACT!

IV. **Exhaustion of Administrative Remedies:**

The Prisoner Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any or Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No _____

' YES, name the jail, prison, or other correctional facility where you were confined at the time f the events giving rise to your claim(s).
DOWNSTATE CORRECTIONAL FACILITY

.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ____   Do Not know ____

.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all your claim(s)?

   Yes ____   No ____   Do Not know ✓

   If YES, which claim(s)? DON'T KNOW BUT I SENT IT IN (COPIES INCLUDED)

).  Did you file a grievance in the jail, prison, or other facility correctional where your claim(s) arose?

   Yes ✓   No ____

   If NO, did you file a grievance about the events described in this complaint, where did You file the grievance?
   WITH GRIEVANCE AT DOWNSTATE
   Yes ✓   No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the Grievance?
   AT DOWNSTATE CORRECTIONAL FACILITY

   1.  Which claim(s) in this complaint did you grievance (ATTACHED TO THIS CLAIM)

   2.  What was the result, if any? (NONE YET) PENDING I GUESS

   3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to The highest level of the grievance process. NO RESPONSE YET TO APPEAL

If you did not file a grievance:
1. If there are any reason why you did not file a grievance, state them here: __N/A__

2. If you did not file a grievance but informed any official of your claim, state who you in informed, when and how, and their response, if any: __THE SUPERINTENDENT OF DOWNSTATE CORRECTIONAL FACILITY AND OSI OF DOWN STATE CORRECTIONAL FACILITY (ALL ATTACHED TO THIS CLAIM)__

3. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __(ALL STATED ABOVE)__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies. __(WILL DO)(ATTACHED)__

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and basis for such amount). __I'M SEEKING "1 BILLON DOLLORS IN DAMEGES, DO TO DOCC'S NOT IMPLAMENTING CAMRAS THROWN OUT IT'S ENTIRE SYSTEM TO PROVIDE (SAFETY) AND (TRUTH) FOR ALL, ALL N.Y.'S PRISONS HAVE NEGLECTED THIS ACT, PAST AND PRESANT AND NEED TO PAY BACK "ALL" WHO CAN SOMEHOW SHOW THEY HAVE SOME HOW BEEN VICTIMS OF THIS NEGLECT, WITHIN THE PAST 20 YRS. WHILE COMFINED IN A N.Y.S PRISON, AND FOR THE COURT TO MAKE SURE "CAMRAS ARE IN EVERY SINGLE AREA IN ALL N.Y.'S JAILS", SO ALL THE ASSAULTS, NEGLECT, ABUSE, AND CRIMINAL ACTIVATYS CAN BE RECORDED & MOST LIKELY DETER FURTHER HARMES NOT FROM OCCURING IN THE FUTURE. (SAFETY)(TRUTH)(CARE) CUSTODY AND CONTROLLE, TO TRUELLY BE THE STANDERD %100. IN ALL DOCC'S PRISONS IN THE STATE OF NEW YORK. THANK YOU!__

II. **Previous lawsuit:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____  No ✓

B. If your answer to A is yes, describe each lawsuit by answering questionings 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to previous lawsuit: N/A

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district, if state court, name the county) _____

   3. Docket or index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes _____ No _____
   7. What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes _____  No ✓

D. If your answer to C is Yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, Using the same format.)

   1. Parties to previous lawsuit: N/A

   Plaintiff _____

   Defendants _____

2.     Court (if federal court, name the district, if state court, name the county) _____

_____

3.     Docket or index number _____

4.     Name of Judge assigned to your case _____

5.     Approximate date of filing lawsuit _____

6.     Is the case still pending? Yes _____ No _____

7.     What was the result of the case? (For example: Was the case dismissed? Was there Judgment in your favor? Was the case appealed? _____

_____

_____

I declare under penalty of perjury that the forgoing is true and correct.

Signed this _____ day of _____, 20 _____.

                                          Signature of Plaintiff _____

                                          Inmate Number _____

                                          Institution Address _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20 _____, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                                         Signature of Plaintiff _____

Sworn to before me this 6 day of AUGUST, 20 18

_____
Notary Public

[Notary seal: DENIS O SHANNON, Comm. Exp. 01/29/2022, NOTARY PUBLIC, DUTCHESS COUNTY, No. 01SH6370126, STATE OF NEW YORK]

TO: OSI AND ALL NYS JAILS  8-1-18
FROM: MIGUEL DIAZ 18A2702 LEGAL

SDNY RECEIVED
DOCKET UNIT
2018 AUG 15 PM 3:52

WOULD LIKE TO BRING TO YOUR ATTENTION, MY INTENTION TO SUE DOWNSTATE AND EVERY OTHER N.Y.S JAIL. Y'ALL FOR COUNTLESS YRS HAVE CREATED AN ENVIORMENT THAT HAS CAUSED INMATES TO BE BRUTALLY ASSAULTED, NEGLECTED, AND TREATED IN CRUEL WAYS DO TO THERE NOT BEING CAMRAS EVERYWERE TO MONITOR & RECORD THE TRUTH & TO DETER CRIMINAL ACTS FROM TAKING PLACE IN N.Y'S JAILS. COUNTLESS INMATES HAVE BEEN BEAT BEYOND PULP, TEETH KNOCKED OUT, JUMPED BY COUNTLESS COS WHILE CUFFED, THE LIST GOES ON AND ON... FALSE CHARGES BEING FILED ETC ETC... WHEN IF N.Y.S & ALL JAILS HAD CAMRAS EVERYWERE Y'ALL SHOW THE TRUTH, ALONG WITH DETER ALL FROM COMMITTING KACS DO TO CAMRAS RECORDING THE TRUTH. (SAFETY) SO MY INTENTION IS TO FILE A $1 BILLON DOLLER CLASS ACTION LAWSUIT AGINST ALL N.Y.S JAILS ON BEHALF OF ALL INMATES WHO CAN PROVE THAT THEY HAVE BEEN, ASSAULTED, RAPED, NEGLECTED, OR LYED UPON WITHIN THE PAST $20 YEARS. PLEASE INSTALL CAMRAS FOR ALL INMATES & COS SAFETY THREWOUT THE WHOLE JAIL. MEN LYE MEN LYE (CAMRAS DONT) Y'ALL ARE NEGLECTING THE (CARE) IN CARE, CUSTODY & CONTROLE. ENUFF IS ENUFF. RIGHT IS RIGHT & WRONG IS WRONG! PLEASE SAFETY FIRST "FOR ALL" (WE ALL WANT TO GO HOME SAFE)

THANKS IN ADVANCE

x [signature]

Sworn to before me this
1 day of AUGUST 2018
[signature]
Notary Public



DENIS O SHANNON
My Comm. Exp. 01/29/2022
NOTARY PUBLIC
Comm. No. 01SH6370292
DUTCHESS COUNTY, STATE OF NEW YORK

GRIEVANCE                                    8-1-18
ON: MIGUEL DIAZ 18.02402 1E21

WNSTATE & ALL OTHER JAILS HAVE CREATED A OUT OF CONTROLE
OHENT, WERE INMATES ARE BEING ASSAUTED, TEETH KNOCKED OUT,
ED BY CO'S WHILE CUFFED, FALSE CHARGES BEING FILED, THE LIST GOES
ON... DO TO EACH JAIL NOT TAKEING THE RESPONCABILITY TO INSTALL
AS EVERYWERE! THIS PRACTICE HAS CAUSED COUNTLESS INMATES &
COS TO BE LYED UPON & TREATED IN INHUMAIN WAYS (MORE INMATES)
FILEING A #1 BILLION DOLLER LAWSUIT (CLASS ACTION) ON BEHALF OF
INMATES, FOR THE ASSAULTS, NEGLECT, ABUSE, AND LYES. DO TO N.Y.S
S NOT TAKEING CARE OF THE (CARE) IN CARE, CUSTODY & CONTROLLE
RAS WILL DETER CRIMINAL ACTS, KAOS, AND REVEAL ALL TRUTH, ALONG
& PROVIDE (SAFTY) FOR ALL. THE ASSAULTS HAVE GONE ON FOR COUNTLESS
DO TO THE N.Y.S PRISON SYSTEM NOT INSTALLING CAMERAS FOR EVERYONES
TY). MEN LYE, WOMAN LYE, (CAMERAS DON'T) PLEASE STOP ALL
MINAL ACTS & INSTALL CAMERAS EVERYWERE FOR THE TRUTH TO ALWAYS
ALED & TO IMPLY SAFETY FOR ALL. AND RESPOND TO THE LAWSUIT.
ARE HERE TO INFORCE THE LAW, BUT WITH NO CAMERAS, THE LAW
BEING BROKEN BY OFFICERS (EVERYDAY). D.O.C, KNOWS THIS &
O CHANGE THIS CRUIL ACT (SAFETY IS IMPORTANT TO ALL)

THANKS IN ADVANCE


Sworn to before me this
1 day of AUGUST 20 18
Notary Public

x 

THE SUPERINTENDENT                                          8-1-18
++ MIGUEL DIAZ 18A2702 1E21

MY INTENTION
[W]OULD LIKE TO BRING TO YOUR ATTENTION TO SUE DOWNSTATE
EVERY OTHER NEW YORK STATE JAIL. YALL FOR COUNTLESS YEARS HAVE
[CREA]TED AN ENVIORMENT THAT HAS CAUSED INMATES TO BE BRUTALLY
[BE]ATED, NEGLECTED, AND TREATED IN CRULE WAYS DO TO THERE NOT
[BEIN]G CAMRAS EVERYWHERE TO MONITOR & RECORD THE TRUTH & TO DETER
[CRIM]INAL ACTS FROM TAKEING PLACE IN N.Y.S JAILS. COUNTLESS INMATES
[HAVE] BEEN BEAT BEYOND PULP, TEETH KNOCKED OUT, JUMPED BY C.O'S WHILE
[CUFF]ED, THE LIST GO'S ON & ON. FALSE CHARGES BEING FILED ETC, WHEN IT
[IS SAID] & ALL JAILS HAD CAMRAS, IT WILL SHOW THE TRUTH, ALONG WITH DETER
[C.O.s] FROM COMMITTING WRONGS DO TO CAMRAS RECORDING THE TRUTH (SAFETY)
[M]Y INTENTION IS TO FILE A $1. BILLION DOLLER CLASS ACTION LAWSUIT
[A]T ALL N.Y.S JAILS FOR ALL INMATES WHO HAVE BEEN ABUSED, ASSAULTED,
[NEGL]ECTED & LYED UPON, WITH IN THE PAST 20 YEARS. PLEASE INSTALL
[CAMR]AS FOR ALL INMATES & C.O's SAFETY THREWOUT THE WHOLE JAIL. MEN
[&] WEMAN LYE (CAMRAS DONT) YALL ARE NEGLECTING THE (CARE) IN CARE CUSTODY & CONTROL
[ENOUGH] IS ENUFF, RIGHT IS RIGHT & WRONG IS WRONG, PLEASE HAVE SAFETY FIRST FOR ALL (WE ALL
[T]O GO HOME SAFE)

                                                    THANKS IN ADVANCE
Sworn to before me this
___ day of AUGUST 20 18                             x /s/
Notary Public



DOWNSTATE CORRECTIONAL FACILITY
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445
NAME: MIGUEL DIAZ   DIN: 18A2702

LEGAL MAIL



U·S DISTRICT COURT
SOTHERN DISTRICT OF N·Y
500 PEARL ST ROOM #230
N·Y N·Y 1007