UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL DIAZ,<br><br>                         Plaintiff,<br><br>       -against-<br><br>NY STATE PRISONS,<br><br>                        Defendant. | 18-CV-7468 (CM)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued October 10, 2018, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  October 10, 2018
           New York, New York

                                                    COLLEEN McMAHON
                                           Chief United States District Judge